**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1544**

SAMUEL VILLEGAS, JR.,

Plaintiff – Appellant,

v.

TAKOMA PARK POLICE DEPARTMENT, a Maryland Entity; CHIEF
RONALD RICUCCI; LIEUTENANT RICHARD BOWERS; LIEUTENANT
DANIEL FISHKORN; DOUGLAS MALARKEY, in their roles as
supervisors and managers,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:13-cv-03782-RWT)

Submitted: September 24, 2015          Decided: October 1, 2015

Before DUNCAN and WYNN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel Villegas, Jr., Appellant Pro Se.  Darrell Robert
VanDeusen, Joseph Garrett Wozniak, KOLLMAN & SAUCIER, PA,
Timonium, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Villegas, Jr., appeals the district court's order dismissing his employment discrimination complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Villegas v. Takoma Park Police Dep't, No. 8:13-cv-03782-RWT (D. Md. Apr. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED